Cathy HANNA, Plaintiff—Appellant,

v.

BLUE RIDGE REGIONAL JAIL AUTHORITY, Defendant—Appellee.

No. 04-1087.

United States Court of Appeals, Fourth Circuit.

Submitted June 10, 2004.

Decided June 16, 2004.

Cathy Hanna, Appellant pro se. Carlene Booth Johnson, Perry & Windels, Dillwyn, Virginia, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Cathy Hanna appeals the district court's order denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hanna v. Blue Ridge Regional Jail Auth.,* No. CA-03-8-6 (W.D.Va. Dec. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*